SEPTEMBER 14, 2015

MS. CATHY S. LUSK, CLERK
12TH COURT of APPEALS
1517 WEST FRONT STREET
SUITE 354
TYLER, TEXAS 75702



FILE... COURT OF APPEAL...
12. Court of Appeals District
SEP 21 2015
TYLER TEXAS
PAM ESTES, CLERK

RE: TRIAL COURT CASE NO.: 31675

    12TH COURT of APPEALS CASE NO.: 12-15-00186-CR

    STYLE:  LONNIE LYNN JOHNSON

             V.

             THE STATE of TEXAS

## CHANGE of MAILING ADDRESS

DEAR MS. LUSK,

PLEASE TAKE NOTE of MY NEW MAILING ADDRESS THAT IS PROVIDED BELOW.

PLEASE DIRECT ALL FUTURE CORRESPONDENCE IN REGARDS TO THE ABOVE-REFERENCED CASE NUMBERS, TO ME AT THIS ADDRESS

-1-

IN ADDITION, IF I HAVE BEEN PROVIDED APPOINTED APPELLATE COUNSEL, WILL YOU PLEASE PROVIDE HIM A COPY OF THIS LETTER TO HIM OR HER.

THANK YOU.

VERY TRULY YOURS,

Lonnie Lynn Johnson
TDCJ # 00468254
WYNNE UNIT
810 FM 2821 WEST
HUNTSVILLE, TEXAS 77349

CC: MS. JANICE STAPLES, DISTRICT CLERK
MS. ALLYSON MITCHELL, DISTRICT ATTORNEY
MS. BRANDI RAY, OFFICIAL COURT REPORTER
MS. NANCY ADAMS, OFFICIAL COURT REPORTER
FILE COPY

-2-